# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT


### CA 05-26 consolidated with CA 05-27


## ROBERT D. MOORE, ET AL.

## VERSUS

## NATIONAL INDEPENDENT TRUST COMPANY, ET AL.

************

## APPEAL FROM THE
## NINTH JUDICIAL DISTRICT COURT
## PARISH OF RAPIDES, NO. 210,930 c/w NO. 211,693
## HONORABLE GEORGE METOYER, DISTRICT JUDGE

************

## JAMES T. GENOVESE
## JUDGE

************

Court composed of Glenn B. Gremillion, Billy H. Ezell, and James T. Genovese, Judges.

**REVERSED AND REMANDED.**

**Russell L. Potter**
**Andrew P. Texada**
**Post Office Box 1711**
**Alexandria, Louisiana 71309**
**COUNSEL FOR DEFENDANT/THIRD PARTY DEFENDANT/APPELLANT:**
     **Pan-American Insurance Company**

**Darryl Foster**
**601 Poydras Street, 21st Floor**
**New Orleans, Louisiana 70130**
**COUNSEL FOR DEFENDANT/THIRD PARTY DEFENDANT/APPELLANT:**
     **Pan-American Insurance Company**

**W. Alan Pesnell**
**H.C. Beck Building, Suite 1100**
**400 Travis Street**
**Post Office Box 1794**
**Shreveport, Louisiana 71166-1794**
**COUNSEL FOR PLAINTIFF/THIRD PARTY PLAINTIFF/APPELLEE:**
     **National Independent Trust Company**

Silas O'Neil
630 Lee Street
Alexandria, Louisiana 71301
**COUNSEL FOR PLAINTIFF/ THIRD PARTY PLAINTIFF/APPELLEE:**
National Independent Trust Company

William B. Owens
934 3rd Street, 6th Floor
Post Office Box 330
Alexandria, Louisiana 71309-0330
**COUNSEL FOR PLAINTIFF/ THIRD PARTY PLAINTIFF/APPELLEE:**
National Independent Trust Company

Henry H. Lemoine, Jr.
607 Main Street
Pineville, Louisiana 71360
**COUNSEL FOR PLAINTIFFS/APPELLEES:**
Darlene Normand Thompson, Tutrix on behalf of
Dustin Anthony Wiley, and Jamie Michael Wiley

Charles S. Weems, III
Christopher M. Sylvia
2001 MacArthur Drive
Post Office Box 6118
Alexandria, Louisiana 71307-6118
**COUNSEL FOR PLAINTIFFS/APPELLEES:**
Debra T. Moore, Curatrix on behalf of Robert D. Moore

**GENOVESE, Judge.**

For the reasons assigned in the companion and consolidated case of *National Independent Trust Company v. Pan-American Life Insurance Company*, 05-27 (La.App. 3 Cir. __/__/05), ___ So.2d ___, the granting of the motion for summary judgment in favor of National Independent Trust Company is reversed. Costs of this appeal are assessed against National Independent Trust Company.

**REVERSED AND REMANDED.**

1